1  Jason Flanders (Bar No. 238007)
2  Andrea Kopecky (Bar No. 276366)
   SAN FRANCISCO BAYKEEPER, INC.
3  785 Market Street, Suite 850
   San Francisco, California 94103
4  Telephone: (415) 856-0444
   Facsimile: (415) 856-0443
5  Email: jason@baykeeper.org
   Email: andrea@baykeeper.org
6
7  Attorneys for Plaintiff
   BAYKEEPER

8
9                        UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11                            SAN FRANCISCO DIVISION

12  BAYKEEPER, a non-profit corporation,        Civil Case No. C 11-05184-SI
13              Plaintiff,                      Hon. Susan Illston
14         v.                                   **NOTICE OF SETTLEMENT;
15                                              REQUEST TO VACATE INITIAL
    BAE SYSTEMS SAN FRANCISCO SHIP              CASE MANAGEMENT CONFERENCE
16  REPAIR, INC.,                               AND RELATED DEADLINES**
17              Defendant.
18
19   the initial case management conference is set for April 13, 2012,
20   at 2:30 p.m.
21
22
23                    IT IS SO ORDERED
24                    [signature] Judge Susan Illston
25
26
27
28
---
Notice of Tentative Settlement                    Civil Case No. C 11-05184-SI
                                   - 1 -

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiff Baykeeper ("Baykeeper") and Defendant BAE Systems San Francisco Ship Repair, Inc. ("BAE Systems") (collectively, the "Parties") have reached a settlement in this action, whose specific terms are set forth in a [Proposed] Consent Decree that has been executed by the Parties. As required by federal law, a copy of the [Proposed] Consent Decree has been sent to the U.S. Department of Justice and to the U.S. Environmental Protection Agency (collectively "the Agencies") for a mandatory 45-day review period under Section 135.5 of Title 40 of the Code of Federal Regulations. Copies of the [Proposed] Consent Decree were sent to the Agencies via U.S. Certified Mail on today's date. Because the Agencies interpret the 45-Day review period as commencing on the date the Agencies receive the [Proposed] Consent Decree, Plaintiff will promptly notify the Court in writing upon expiration of the 45-Day review period, and shall advise the Court as to whether any objections were received from the Agencies. Upon expiration of the 45-Day review period, Plaintiff will also file the [Proposed] Consent Decree, along with a [Proposed] Order entering the Consent Decree and dismissing this case, for the consideration, approval, and execution by the Court. The Court may sign and enter the Consent Decree after the 45-Day review period has expired. *See* 40 C.F.R. § 135.5; 33 U.S.C. § 1365(c)(3).

Consistent with the impending settlement of this action, the Parties hereby respectfully request that the Court vacate from its calendar the February 3, 2011 Initial Case Management Conference and ADR Deadlines. Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: November 7, 2011                                            Respectfully Submitted,

                                                          By:  _____
                                                               Andrea Kopecky
                                                               Attorney for Plaintiff
                                                               BAYKEEPER